**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Compassionate Homecare, Inc. |
| United States Bankruptcy Court for the: | _____ District of MA |
| | (State) |
| Case number | _____ |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $ 488024.71 |
| Com of MA- Dept of Rev | *Check all that apply.* | | |
| P.O. Box 7000 | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| Boston, MA 02204 | ☒ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| 01/01/2016-04/30/2016 | taxes | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No   ☒ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No   ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No   ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

Debtor  Compassionate Homecare, Inc _____ Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Yvette Beauge

14 JFK Ave,
Clinton, MA 01510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 616

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___ ___ ___ 0026

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Kettly Beauge

232 Maple St
Lynn, MA 01904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 784

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___ ___ ___ 0027

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Giovanna Belen

25 Cargill Ave, Apt 1
Worcester, MA 01610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 280

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___ ___ ___ 0028

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Lourdes Belliard

11 Summer St, Apt N-105
Lawrence, MA 01840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 392

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___ ___ ___ 0029

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Nora Beltran

101 Dracut St, Apt 1
Lawrence, MA 01843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 420

Basis for the claim: Wagess

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___ ___ ___ 0030

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Cindy Berthiaume

282 Main Street
Spencer, MA 01562

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1050

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___ ___ ___ 0031

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Compassionate Homecare Inc
_____
        Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  **Nonpriority creditor's name and mailing address**

Maria Betances

16 Beacon St, Apt 7

Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Wages

$ 392

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ 0032

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

Wendy Burgos

47 Acton St, Apt 1

Worcester, MA 01604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 1946

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ ___ 0033

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

Rumaire Cabrera

96 Osgood St

Lawrence, MA 01843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 392

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ ___ 0034

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

Mirlene Cadet

278 Canton St

Randolph, MA 02368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 854

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ ___ 0035

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___  **Nonpriority creditor's name and mailing address**

Yatitza Caraballo

78 Warwick St

Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

$ 252

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ ___ 0036

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Compassionate Homecare, Inc  _____ Case number (if known) _____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Edwin Carrasquillo
PO Box 2399
Worcester, MA 01613

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0037

Is the claim subject to offset?
☑ No
☐ Yes

$ 2940

**3.2** Nonpriority creditor's name and mailing address
Lady Castano
223 Perry St, Apt 2
Lowell, MA 01852

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0038

Is the claim subject to offset?
☑ No
☐ Yes

$ 392

**3.3** Nonpriority creditor's name and mailing address
Yuly Castro
PO Box 6422
Chelsea, MA 02150

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0039

Is the claim subject to offset?
☑ No
☐ Yes

$ 225

**3.4** Nonpriority creditor's name and mailing address
Carolyn Cepeda
90 Cluf Crossing, Apt 7
Salem, NH  03079

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0040

Is the claim subject to offset?
☑ No
☐ Yes

$ 980

**3.5** Nonpriority creditor's name and mailing address
Maria Chaparro
17 Henry St, Apt 2
Southbridge, MA 01550

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0041

Is the claim subject to offset?
☑ No
☐ Yes

$ 784

**3.6** Nonpriority creditor's name and mailing address
Jean Charles
36 Patterson Ave
Brockton, MA 02301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0042

Is the claim subject to offset?
☑ No
☐ Yes

$ 1658

Debtor _____
Compassionate Homecare Inc
Name

Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
Jennifer Corea

11 Congress Ave, Apt 201

Chelsea, MA 02150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Wages

$ 252

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  _ _ _ _ 0043

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Angelica Cruz

550 Broadway St

Lawrence, MA 01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 294

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  _ _ _ _ 0044

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Lymarie DeJesus

10 Vale St, Apt 1

Worcester, MA 01604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 784

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  _ _ _ _ 0045

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Ana DelRio

13 Vesper St

Worcester, MA 01602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 168

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  _ _ _ _ 0046

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Mirka Diaz

27 Whipple St, Apt 2

Worcester, MA 01607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 238

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  _ _ _ _ 0047

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Compassionate Homecare, Inc.
Name

Case number *(if known)*_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
Jennifer Diaz

80 Butler St, Apt 2
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 294

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __0048___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
Ana Diaz Bonilla

8 Irene St, Apt 3
Worcester, MA 01603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 280

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — —0049

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
Ramona Difo

499 Hampshire St
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 798

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — — 0050

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
Juana Difo

8 Memorial Circle, Apt 8
Andover, MA 01810

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages

$ 1778

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — — 0051

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
Lidia Dominguez

75 Center St
Methuen, MA 01844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 210

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — 0052

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
Sara Escarraman

84 Sullivan Ave
Lawrence, MA 01843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 392

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    _0053_

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Compassionate Homecare** _____ Case number _(if known)_ _____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.__ **Nonpriority creditor's name and mailing address**

Rosa Estrella

54 Lawrence St
Lawrence, MA 01840

**As of the petition filing date, the claim is:** $ 560
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0054

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

Emmanual Feraud

28 Esther St
Worcester, MA 01607

**As of the petition filing date, the claim is:** $ 616
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0055

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

Evelyn Feraud

28 Esther St
Worcester, MA 01607

**As of the petition filing date, the claim is:** $ 952
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0056

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

Elsa Garcia

319 High St., Apt 2
Lawrence, MA 01841

**As of the petition filing date, the claim is:** $ 420
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0057

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

Ara Ghanaghounian

66 East Main St
Southbridge, MA 01550

**As of the petition filing date, the claim is:** $ 588
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0058

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Compassionate Homecare, Inc   Case number (if known)_____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address

Ruth Gomez Ramirez

33 Brook St, Apt 2

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages

$ 1120

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0059

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Virgen Gonzalez

123 Union St

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages

$ 294

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0060

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Rachael Grace

17B Gates Rd

Wocester, MA 01603

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages

$ 252

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0061

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Leopoldina Graseki

1 Russell St, Apt 1

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages

$ 462

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ _ 0062

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Marie Guerrier

31 Pearl St

Randolph, MA 02368

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages

$ 784

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0063

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Eulogia Guzman

15B Camden St

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Wages

$ 343

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0064

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor
Compassionate Homecare Inc
_____
Name

Case number *(if known)* _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ | **Nonpriority creditor's name and mailing address**

Solmary Guzman

95 Weare St, 2nd Fl

Lawrence, MA 01843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Wages

$ 1176

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    _ _ _ _ 0065

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ | **Nonpriority creditor's name and mailing address**

Jose Guzman

26 Duckett Ave

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 1456

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    _ _ _ _ 0066

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ | **Nonpriority creditor's name and mailing address**

Nayeni Henriquez

145 Margin St

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 490

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    _ _ _ _ 0067

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ | **Nonpriority creditor's name and mailing address**

Isis Hernandez

95 Jamaica St

Lawrence, MA 01843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 294

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    _ _ _ _ 0068

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ | **Nonpriority creditor's name and mailing address**

Joel Hernandez

283 Jackson St

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

$ 490

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    _ _ _ _ 0069

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Compassionate Homecare, Inc. _____   Case number (if known)_____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Rafael Hidalgo

42 Sargent St

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 266

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0070

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Maria Hidalgo

50 Union St

Methuen, MA 01844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 1092

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0071

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Claribel Hiraldo

146 Woodland Ave, Apt 1

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 168

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0072

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Geovanie Huertas

35 Maple St

Fitchburg, MA 01840

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 336

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0073

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Rafael Huertas

47 Hawley St, Apt 2R

Lawrence, MA 01843

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 728

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ 0074

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Victor Infante

9 Winslow Pl

Lawrence, MA 01840

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 1515

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0075

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Compassionate Homecare Inc.

Name

Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.___** Nonpriority creditor's name and mailing address

**Garces Ivelices**

22 Hudson Ave, Apt 2

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Wages

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    _0076_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 588

---

**3.___** Nonpriority creditor's name and mailing address

**Elma Jaime**

11 Longwood St

Methuen, MA 01844

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    _0077_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 112

---

**3.___** Nonpriority creditor's name and mailing address

**Julie Jean**

12 Kabler Ave

Milton, MA 02186

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ___ ___ ___ 0078

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1344

---

**3.___** Nonpriority creditor's name and mailing address

**Altagracia Jiminez**

23 Bodwell St

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    _0079_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 336

---

**3.___** Nonpriority creditor's name and mailing address

**Paula Jiminez**

62 Hampshire St, Apt 3B

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    _0080_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 672

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____    Case number *(if known)* _____
       Compassionate Homecare, Inc
       Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Sonia Jiminez

19 Mott St

Worcester, MA 01604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 924

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ― ― ― 0081

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Verlande Joslyn

860 No Montbello St, Apt 2

Brockton, MA 02301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

$ 560

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ― 0082 ―

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Mary Kimani

187 Fairmont St    Apt 1
   Fitchburg, MA 01840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 840

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ― ― ― 0083

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Sally Komba

309 Battlesfarm Dr

Brockton, MA 02301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ $2310

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ― ― ― 0084

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Danitza Lebron

7 Freedon Way Rd

Worcester, MA 01605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 168

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ― 0085 ―

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Nelida Leonitti

26 Linda Ave

Methuen, MA 01844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 294

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ― 0086 ―

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Compassionate Homecare Inc. _____ Case number (if known)_____

Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___ Nonpriority creditor's name and mailing address**

Amanda Loch

151 Bellevue St
Lowell, MA 01851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — — 0087

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 672

---

**3.___ Nonpriority creditor's name and mailing address**

Francisca Lopez

14 Enfield St, Apt 3
Worcester, MA 01603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0088

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 252

---

**3.___ Nonpriority creditor's name and mailing address**

Migdalia Lopez

20 Allen Rd
Sturbridge, MA 01566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — — 0089

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 308

---

**3.___ Nonpriority creditor's name and mailing address**

Lizbeth Lopez

64 McGreevey Way, Apt C
Roxbury, MA 02120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0090

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 476

---

**3.___ Nonpriority creditor's name and mailing address**

Felix Lopez

183 Fiske St
Southbridge, MA 01550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — — 0091

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 840

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Compassionate Homecare, Inc
     Name

Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                           **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Heidy Luna

45 Grand St, Apt 104

Worcester, MA 01610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0092

Is the claim subject to offset?
☑ No
☐ Yes

$ 308

---

**3.2** Nonpriority creditor's name and mailing address

Jeanne Maingrette

40 Lockingham Ave

West Roxbury, MA 02132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ _ 0093

Is the claim subject to offset?
☑ No
☐ Yes

$ 2212

---

**3.3** Nonpriority creditor's name and mailing address

Ortiz De Diaz Mariana

260 East Haverhill St, Apt 2

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ 0094

Is the claim subject to offset?
☑ No
☐ Yes

$ 210

---

**3.4** Nonpriority creditor's name and mailing address

Cesar Martinez

15 Bedford St

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ 0095

Is the claim subject to offset?
☑ No
☐ Yes

$ 210

---

**3.5** Nonpriority creditor's name and mailing address

Altagracia Martinez

563 Haverhill St, Apt 2

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ 0096

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

**3.6** Nonpriority creditor's name and mailing address

Argentina Martinez

24 Congress St, Apt 3

Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16

Last 4 digits of account number   _ _ _ 0097

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

Debtor  Compassionate Homecare plus          Case number (if known) _____
        Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**
Leandro Martinez

PO Box 3139

Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Wages

$ 1092

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ _ 0098

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Yaitza Martinez

132 Pattison St, Apt 2

Worcester, MA 01604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 1176

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ _ 0099

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Nathatia Matador

313 Chatham West Dr

Brockton, MA 02301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 728

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ _ 0100

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Flavia Medina

312 Water St, Apt 36

Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 294

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ _ 0101

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Karia Melendez

31 Oread St, Apt 26

Worcester, MA 01608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

$ 1176

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ _ 0102

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Compassionate Homecare, Inc. _____ Case number (if known) _____
        Name

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1** Nonpriority creditor's name and mailing address
Hector Mena

618 Lowell St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 210

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ _ 0103

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Yesenia Mendez

220 High St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 392

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ _ 0104

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Ynocencia Mercedes

30 Brook St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 280

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   _ _ 0105

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Jacqueline Mercedes

45 Oakland Ave
Methuen MA 01844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 294

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0106

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Gloribel Mercedes

28 Suffield St        Apt 1
Worcester, MA 01610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 462

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0107 _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Damarais Miguel

PO Box 30212
Worcester, MA 01603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 784

Basis for the claim: Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0108

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Compassionate Homecare Inc.
_____    _____
       Name                                 Case number (if known)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.___  **Nonpriority creditor's name and mailing address**
Christine Mitchell

95 Providence St

Wocester, MA 01604

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — 0109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 1092

---

3.___  **Nonpriority creditor's name and mailing address**
Sonia Mojica

1 Wyman St, Apt 3

Worcester, MA 01610

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    ___ 0110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 616

---

3.___  **Nonpriority creditor's name and mailing address**
Milagros Montalvo

11 Glenwood St, Apt 3

Worcester, MA 01610

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — 0111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 1960

---

3.___  **Nonpriority creditor's name and mailing address**
Nidia Montanez

268 Haverhill St

Lawrence, MA  01841

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — — 0112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 392

---

3.___  **Nonpriority creditor's name and mailing address**
Manual Morales

1 Castle St, Apt 1

Worcester, MA 01610

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0113 —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 378

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Compassionate Homecare, Inc** Case number *(if known)*_____
_____Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Yasmeiri Morales

534 Haverhill St
Lawrence, MA 01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 420

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   —0114—

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Dahiana Morales

2 Winthrop Ave
Lawrence, MA 01843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

$ 784

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0115

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Lilliam Moreno

30 Houghton St., Apt 2
Worcester, MA 01610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 336

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0116

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Yanerys Mouliert

1 Duncannon Ave, Apt 7
Worcester, MA 01604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

$ 294

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0117

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Emma Ndolo

740 Central St
Leominster, MA 01453

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 420

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0118

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Francisco Nunez

311 Water St
Lawrence, MA 01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 392

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0119

Is the claim subject to offset?
☑ No
☐ Yes

Debtor
Compassionate Homecare, Inc.
_____
Name

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.___** Nonpriority creditor's name and mailing address
Irma Oquendo

24 Arlington St, Apt 2-R
Haverhill, MA 01830

Date or dates debt was incurred  **2/1/16- 4/1/16**
Last 4 digits of account number  ___ 0120 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☒ No
☐ Yes

$ 322

---

**3.___** Nonpriority creditor's name and mailing address
Nayare Ortega

13 Kendall St, Apt 2
Lawrence, MA  01841

Date or dates debt was incurred  **2/1/16- 4/1/16**
Last 4 digits of account number  ___ 0121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☒ No
☐ Yes

$ 490

---

**3.___** Nonpriority creditor's name and mailing address
Patna Ortega

28 Woodland Ct
Lawrence, MA  01841

Date or dates debt was incurred  **2/1/16- 4/1/16**
Last 4 digits of account number  ___ 0122 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☒ No
☐ Yes

$ 504

---

**3.___** Nonpriority creditor's name and mailing address
Bartola Ozona

59 Reservori Dr
Lawrence, MA  01841

Date or dates debt was incurred  **2/1/16- 4/1/16**
Last 4 digits of account number  ___ 0123 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☒ No
☐ Yes

$ 56

---

**3.___** Nonpriority creditor's name and mailing address
Florence Paul

25 Meadow Lane, Apt 12
Bridgewater, MA 02324

Date or dates debt was incurred  **2/1/16- 4/1/16**
Last 4 digits of account number  ___ 0124 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset?
☒ No
☐ Yes

$ 728

---

Debtor    Compassionate Homecare, Inc        Case number (if known) _____
     Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                      **Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address
**Margarita Pena**

25a Bromfield St

Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Wages

$ 490

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    ___ 0125 ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address
**Yinette Peralta**

86A Bennington St, Apt 3

Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Wages

$ 588

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0126 ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address
**Dianne Perez**

16 Beacon St, Apt 7

Lawrence, MA 01843

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Wages

$ 196

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    ___ ___ 0127

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**

Nonpriority creditor's name and mailing address
**Jose Ramon Perez**

5 Saunders St

Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Wages

$ 462

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    ___ ___ 0128

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**

Nonpriority creditor's name and mailing address
**Vitello Perez**

PO Box 384

Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Wages

$ 504

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    ___ 0129 ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**

Nonpriority creditor's name and mailing address
**Ysabel Perez**

360 Washington St, Apt 3

Haverhill, MA 01830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Wages

$ 560

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0130

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __Compassionate Homecare Inc._____ Case number (if known)_____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.__** Nonpriority creditor's name and mailing address
Eva Perez

73 Exeter St
Lawrence, MA 01843

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __ __ 0131

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

**3.__** Nonpriority creditor's name and mailing address
Silangely Perez

55 Perry Ave, Apt 1
Worcester, MA 01610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __ __ 0132

Is the claim subject to offset?
☑ No
☐ Yes

$ 1736

---

**3.__** Nonpriority creditor's name and mailing address
Lucia Pichardo

20 Mason St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __ __ 0133

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

**3.__** Nonpriority creditor's name and mailing address
Yolanda Polanco

23 Hampton St, Apt 1
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __ __ 0134

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

**3.__** Nonpriority creditor's name and mailing address
Paolo Polanco

160 Margin St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __ __ 0135

Is the claim subject to offset?
☑ No
☐ Yes

$ 1078

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Compassionate Homecare, Inc.
          _____
          Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Martin Ponce

188 Phillips St

Lawrence, MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ___ 0136 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 294

---

**3.2** | Nonpriority creditor's name and mailing address

Yesenia Portalatin

25 Michigan Rd

Worcester, MA 01607

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ___ 0137 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 2380

---

**3.3** | Nonpriority creditor's name and mailing address

Anabella Portillo

145 Cottage St, Apt 2

Chlesea, MA 02150

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    _0138___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 1125

---

**3.4** | Nonpriority creditor's name and mailing address

Carolina Portorreal

91 Swan St

Methuen, MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ___ 0139 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 420

---

**3.5** | Nonpriority creditor's name and mailing address

Xiomara Portorreal

91 Swan St

Methuen MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ___ 0140 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 1120

---

**3.6** | Nonpriority creditor's name and mailing address

Concepcion Quinones

34 Beacon St Apt 3R
Worcester, MA 01608

Date or dates debt was incurred    2/1/16- 4/1/16

Last 4 digits of account number    ___ 0141 ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

Debtor _____   Case number (if known)_____
        Compassionate Homecare Document
        Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ **Nonpriority creditor's name and mailing address**
Emilee Quinones

34 West 6th St
Lowell, MA 01850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 2548

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   __ __ __ 0142

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
NancisRamirez

322 Mill St
Worcester, MA 01602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 462

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   __ 0143 __

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Maria Ramirez

33 Brook St, Apt 2
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 2464

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0144 __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Maria Ramirez Delos Santos

143 Bennington St
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 210

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   __ 0145 __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
Edit Ramos

6 Upland Garden Dr, Apt. 1
Worcester, MA 01607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 462

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   0146 __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Compassionate Homecare, Inc        Case number (if known) _____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**

Nonpriority creditor's name and mailing address
Karina Ramos

58 Oread St, Apt 1
Worcester, MA 01608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 490

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0147

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
Katherine Ramos

2 Warren St
Lawrence, MA 01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 784

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0148

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
Nyrma Ramos

161 West Mountain St
Worcester, MA 01610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 1658

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0149

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
Enriqueta Rivas

139 East Haverhill St
Lawrence, MA 01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 294

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0150

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address
Paola Rivera

55 Sargent St
Lawrence, MA 01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 210

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0151

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
Kassandra Rivera

56 Hollywood St, Apt 3
Worcester, MA 01609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 252

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0152

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Compassionate Homecare Inc    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

3.___ Nonpriority creditor's name and mailing address

Leslie Rivera

169 Lawrence St
Lawrence, MA 01841

As of the petition filing date, the claim is:    $ 252
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0153___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Yazienette Rivera

44 Alder St, 2
Lawrence, MA 01841

As of the petition filing date, the claim is:    $ 420
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0154___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Lissette Rivera

72B Taralli Terr
Framingham, MA 01702

As of the petition filing date, the claim is:    $ 504
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0155___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Janilka Rivera

52 Great Brook Valley, Apt 6
Worcester, MA 01605

As of the petition filing date, the claim is:    $ 588
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0156___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Luz Rivera

169 Perry Ave, Apt 1
Worcester, MA 01610

As of the petition filing date, the claim is:    $ 784
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0157___

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor
Compassionate Homecare, Inc
_____  Case number (if known)_____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
Josephine Rivera

43 Abbott St Apt 3
Worcester, MA 01602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    — 0158 —

Is the claim subject to offset?
☑ No
☐ Yes

$ 882

**3.2**
Nonpriority creditor's name and mailing address
Juana Rivera

49 Orne St, Apt 1-F
Worcester, MA 01608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0159

Is the claim subject to offset?
☑ No
☐ Yes

$ 966

**3.3**
Nonpriority creditor's name and mailing address
Maite Rodriguez

18 E Capitol St
Methuen MA 01844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0160

Is the claim subject to offset?
☑ No
☐ Yes

$ 294

**3.4**
Nonpriority creditor's name and mailing address
Francis Rogriguez

38 Sterling St
Worcester, MA 01610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0161

Is the claim subject to offset?
☑ No
☐ Yes

$ 434

**3.5**
Nonpriority creditor's name and mailing address
Orquidea Rodriguez

461 Prospect St
Methuen MA 01844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0162

Is the claim subject to offset?
☑ No
☐ Yes

$ 392

**3.6**
Nonpriority creditor's name and mailing address
Miguel Rodriguez

40 Albion St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    163    0162

Is the claim subject to offset?
☐ No
☐ Yes

$ 560

Debtor  Compassionate Homecare, Inc.                                   Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___ Nonpriority creditor's name and mailing address**
Rebecca Rodriguez

55 Alma St
Lowell, MA 01854

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___0164___

Is the claim subject to offset?
☑ No
☐ Yes

$ 784

---

**3.___ Nonpriority creditor's name and mailing address**
Valentina Rodriguez

64 Arlington St
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___0165___

Is the claim subject to offset?
☑ No
☐ Yes

$ 980

---

**3.___ Nonpriority creditor's name and mailing address**
Amalfis Rodriguez

Worcester, MA 01610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___0166___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1305

---

**3.___ Nonpriority creditor's name and mailing address**
Laura Rodriguez

6 Lakeside Ave, Apt 6
Worcester, MA 01603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___0167___

Is the claim subject to offset?
☑ No
☐ Yes

$ 2044

---

**3.___ Nonpriority creditor's name and mailing address**
Maria Rosario

11 Lowell Terr, Apt 1
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Wages

Date or dates debt was incurred   2/1/16- 4/1/16
Last 4 digits of account number   ___0168___

Is the claim subject to offset?
☑ No
☐ Yes

$ 210

---

Debtor  Compassionate Homecare, Inc.                    Case number (if known)
        _____           _____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
Fausto Rosario

42 Willow St
Lawrence, MA  01841

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 224

Date or dates debt was incurred     2/1/16- 4/1/16
Last 4 digits of account number     ___ ___ 0169

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
Isabel Rosario

21 Bowdoin St, Apt 31
Worcester, MA 01609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 336

Date or dates debt was incurred     2/1/16- 4/1/16
Last 4 digits of account number     0170

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
Jose Rosario

148 Steven St, Apt 4
Lowell, MA 01851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 784

Date or dates debt was incurred     2/1/16- 4/1/16
Last 4 digits of account number     ___ ___ 0171

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
Wanda Rosario

9 Clarkson St
Worcester, MA 01604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 840

Date or dates debt was incurred     2/1/16- 4/1/16
Last 4 digits of account number     0172 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
Elizabeth Rosario

32 Atkinson St
Lawrence, MA 01843

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 1176

Date or dates debt was incurred     2/1/16- 4/1/16
Last 4 digits of account number     0173

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
Michael Ruiz

15 Mount Vernon St, Apt 3
Worcester, MA 01605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

$ 1176

Date or dates debt was incurred     2/1/16- 4/1/16
Last 4 digits of account number     0174

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Compassionate Homecare Inc.
Name

Case number (if known) _____

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.__ Nonpriority creditor's name and mailing address
**Louisena Sanitill**

64 Colonel Bell Dr, Apt 2
Brockton, MA 02301

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ ___ 0175

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Wages

Is the claim subject to offset?
☐ No
☐ Yes

$ 1008

---

3.__ Nonpriority creditor's name and mailing address
**Francis Salcedo**

87 Beacon Ave
Lawrence, MA 01843

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ 0176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 196

---

3.__ Nonpriority creditor's name and mailing address
**Francisco Santiago**

273 Farnham St, Apt 1
Lawrence, MA 01843

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  ___ 0177

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 140

---

3.__ Nonpriority creditor's name and mailing address
**Juan Santiago**

122 Franklin St
Lawrence, MA 01841

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0178

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 140

---

3.__ Nonpriority creditor's name and mailing address
**Yngrid Santiago**

42 Willow St
Lawrence, MA 01841

Date or dates debt was incurred  2/1/16- 4/1/16
Last 4 digits of account number  0179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 560

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 29 of 53

Debtor    Compassionate Homecare, Inc.
Name                                                    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                              **Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $ 1134
Kimberlie Santiago                                       Check all that apply.
                                                        ☐ Contingent
9 Crescent                                              ☐ Unliquidated
Southbridge, MA 01550                                  ☑ Disputed

                                                       Basis for the claim:    Wages

Date or dates debt was incurred    2/1/16- 4/1/16      Is the claim subject to offset?
Last 4 digits of account number    __ __ 0180          ☑ No
                                                        ☐ Yes

**3.2**
Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $ 294
Minerva Santos                                          Check all that apply.
                                                        ☐ Contingent
9 Albion St., Apt 2                                     ☐ Unliquidated
Lawrence, MA  01841                                     ☑ Disputed

                                                       Basis for the claim:    Wages

Date or dates debt was incurred    2/1/16- 4/1/16      Is the claim subject to offset?
Last 4 digits of account number    __ 0181             ☑ No
                                                        ☐ Yes

**3.3**
Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $ 1596
Damaris Serra                                           Check all that apply.
                                                        ☐ Contingent
25 Upland Gardens Dr, Apt 9                             ☐ Unliquidated
Worcester, MA 01607                                     ☑ Disputed

                                                       Basis for the claim:    Wages

Date or dates debt was incurred    2/1/16- 4/1/16      Is the claim subject to offset?
Last 4 digits of account number    __ __ 0182          ☑ No
                                                        ☐ Yes

**3.4**
Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $ 490
Karla Serrano                                           Check all that apply.
                                                        ☐ Contingent
281 Prospect St                                        ☐ Unliquidated
Lawrence, MA  01841                                    ☐ Disputed

                                                       Basis for the claim:    Wages

Date or dates debt was incurred    2/1/16- 4/1/16      Is the claim subject to offset?
Last 4 digits of account number    __ __ 0183          ☑ No
                                                        ☐ Yes

**3.5**
Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $ 392
Liza Soto                                               Check all that apply.
                                                        ☐ Contingent
160 Franklin St                                        ☐ Unliquidated
Lawrence, MA  01841                                    ☑ Disputed

                                                       Basis for the claim:    Wages

Date or dates debt was incurred    2/1/16- 4/1/16      Is the claim subject to offset?
Last 4 digits of account number    __ 0184             ☑ No
                                                        ☐ Yes

**3.6**
Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:    $ 1176
Michelle Soto                                           Check all that apply.
                                                        ☐ Contingent
208 Abbott St                                          ☐ Unliquidated
Lawrence, MA 01843                                     ☑ Disputed

                                                       Basis for the claim:    Wages

Date or dates debt was incurred    2/1/16- 4/1/16      Is the claim subject to offset?
Last 4 digits of account number    __ 0185             ☐ No
                                                        ☐ Yes

Debtor __Compassionate Homecare, Inc._____   Case number *(if known)* _____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

---

3.___ **Nonpriority creditor's name and mailing address**

Dora Speing

40 Montgomery

Lawrence, MA  01841

Date or dates debt was incurred  **2/1/16- 4/1/16**

Last 4 digits of account number  __ __ 0186

**As of the petition filing date, the claim is:** $518
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Gladys Stocker

14 Bartlett St, Apt 1

Haverhill, MA 01830

Date or dates debt was incurred  **2/1/16- 4/1/16**

Last 4 digits of account number  __ __ 0187

**As of the petition filing date, the claim is:** $1120
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Rosa Susana

75 Union St, Apt 12

Methuen, MA 01844

Date or dates debt was incurred  **2/1/16- 4/1/16**

Last 4 digits of account number  __ __ 0188

**As of the petition filing date, the claim is:** $294
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Romane Tanis

387 Merriam Ave

Leominster, MA 01453

Date or dates debt was incurred  **2/1/16- 4/1/16**

Last 4 digits of account number  0189 __ __

**As of the petition filing date, the claim is:** $560
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Bielka Taveras

210 Prospect St

Lawrence, MA  01841

Date or dates debt was incurred  **2/1/16- 4/1/16**

Last 4 digits of account number  __ __ 0190

**As of the petition filing date, the claim is:** $210
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Compassionate Homecare, Inc._____ Case number _(if known)_____
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**

Nonpriority creditor's name and mailing address
Leidy Taveras

42 Albiam St
Lawrence, MA 01841

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0191

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 350

---

**3.2**

Nonpriority creditor's name and mailing address
Christopher Taveras

80 Holly St
Lawrence, MA 01841

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0192

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 588

---

**3.3**

Nonpriority creditor's name and mailing address
Milagros Taveras

98 Farham St
Lawrence, MA 0843

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0193

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 1120

---

**3.4**

Nonpriority creditor's name and mailing address
Yineska Torres

55 Thetford Ave, pt 2
Dorchester, MA 02124

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0194

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 630

---

**3.5**

Nonpriority creditor's name and mailing address
Maria Torres L

108 Dorchester St, Apt 1
Worcester, MA 01604

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0195

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 896

---

**3.6**

Nonpriority creditor's name and mailing address
Cecelia Ulloa

46 Camden St
Methuen MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0196

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 294

---

Debtor __Compassionate Homecare Document__ Page 33 of 53 Case number (if known)_____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                 Amount of claim

**3.___** Nonpriority creditor's name and mailing address
Juana Valdera

93 Boston St, Apt 1
Methuen MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    __ __ 0197

As of the petition filing date, the claim is:    $ 294
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim:    Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Flerida Valdez

66 Riverdale St, Apt 2
Methuen MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0198

As of the petition filing date, the claim is:    $ 490
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Magdelena Valentin

115 Lowell St, Apt 3A
Lawrence, MA 0-1840

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0199 __

As of the petition filing date, the claim is:    $ 196
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Alcides Valentin

98 Country Club Blvd, Apt 317
Worcester, MA 01605

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0200

As of the petition filing date, the claim is:    $ 420
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Wages

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address
Argenis Vargas

461 Prospect St
Methuen MA 01844

Date or dates debt was incurred    2/1/16- 4/1/16
Last 4 digits of account number    0201

As of the petition filing date, the claim is:    $ 210
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:    Wages

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____   Case number (if known) _____
        Compassionate Homecare, Inc.
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

3.___ | **Nonpriority creditor's name and mailing address**
Kathy Vasquez

525 Essex Street
Lawrence, MA 01841

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   202 __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 245

---

3.___ | **Nonpriority creditor's name and mailing address**
Priscilla Vera

24 Ames Street
Worcester, MA 01610

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☐ No
☐ Yes

$ 1658

---

3.___ | **Nonpriority creditor's name and mailing address**
Yanilda Webb

58 OaklandAve. Apt 4
Methuen, MA 01844

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

---

3.___ | **Nonpriority creditor's name and mailing address**
Jahaire Webb

35 Cornish Street
Lawrence, MA 01841

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   205 __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 728

---

3.___ | **Nonpriority creditor's name and mailing address**
Florence Gathogo

9 Sunset Ave.
Methuen, MA 01844

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 1176

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 34 of 53

Debtor    Compassionate Homecare Inc.
          Name
                                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.
                                                                            Amount of claim

3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 84
Check all that apply.

**Job Gichuru**

☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

P.O Box 2371
Lowell, MA 01851

Basis for the claim: **wages**

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    209

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 308
Check all that apply.

**James Githiri**

☐ Contingent
☑ Unliquidated
☑ Disputed

157 Leyfred Terrace
Springfield, MA 01108

Basis for the claim: **wages**

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    210

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 588
Check all that apply.

**Martha Kahiga**

☐ Contingent
☑ Unliquidated
☑ Disputed

20 Warner Ave. Apt. 3A
Worcester, MA 01604

Basis for the claim: **wages**

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    212

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 196
Check all that apply.

**Dorothy Kamau**

☐ Contingent
☐ Unliquidated
☑ Disputed

294 Greenwood St
Worcester, MA 01607

Basis for the claim: **wages**

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    213

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 56
Check all that apply.

**Mary Muthon**

☐ Contingent
☑ Unliquidated
☑ Disputed

390 Salem Street
Lawrence, MA 01843

Basis for the claim: **wages**

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    214

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Compassionate Homecare Inc.
_____
        Name

Case number (if known)_____

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.__** Nonpriority creditor's name and mailing address

Monica G. Kamau

15 Clarence Street

Worcester, MA 01605

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   215 ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 196

---

**3.__** Nonpriority creditor's name and mailing address

Nancy Kamau

42B Pearl Street Apt. 1

Lawrence, MA  01841

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   216 ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☐ No
☐ Yes

$ 504

---

**3.__** Nonpriority creditor's name and mailing address

Nancy Karuki

128 6th Street 1st Floor

Lowell, MA 01850

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   217 ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 600

---

**3.__** Nonpriority creditor's name and mailing address

Margaret Kibugi

32 Focos Lane

Ludlow, MA 01056

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   218 ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 318

---

**3.__** Nonpriority creditor's name and mailing address

Philomena Kiguru

20 Merrifield St

Worcester, MA 01605

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   219 ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Is the claim subject to offset?
☑ No
☐ Yes

$ 840

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 36 of 53

Debtor  Compassionate Homecare, Inc.
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

Anne Kihungi

80 Progressive Street

Worcester, MA 01604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    220 ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4564

---

3.___ **Nonpriority creditor's name and mailing address**

Joyce Kinyanjui

1895 Middlesex St Apt. 6

Lowell, MA 01851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    221 ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 3136

---

3.___ **Nonpriority creditor's name and mailing address**

Hannah Kiongo

10B Sabino Farm Rd, Apt. 4

Peabody, MA 01900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    222 ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1204

---

3.___ **Nonpriority creditor's name and mailing address**

Martha Kungu

771 Norwest Dr

Norwood, MA 02062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    223 ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1148

---

3.___ **Nonpriority creditor's name and mailing address**

Carmel Laguerre

498 Holman St

Lunenburg, MA 01462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    224 ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 770

---

Debtor  Compassionat Homecare, Inc.     Case number (if known) _____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Jay Makonyonga
3108 Windsor Ridge
Westborough, MA 01581

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0225___

Is the claim subject to offset?
☑ No
☐ Yes

$ 896

**3.2** Nonpriority creditor's name and mailing address
Stephen Mbagu
18 Pond Street
Methuen, MA 01844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0226___

Is the claim subject to offset?
☑ No
☐ Yes

$ 112

**3.3** Nonpriority creditor's name and mailing address
Beatrice Mbugua
60 Pendleton Ave
Springfield, MA 01129

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0227___

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

**3.4** Nonpriority creditor's name and mailing address
isaac Muchiri
25 Beech Street
Lowell, MA 01850

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  ___0228__

Is the claim subject to offset?
☑ No
☐ Yes

$ 11680

**3.5** Nonpriority creditor's name and mailing address
James Mugwanja
182 Mazarin St
Springfield, MA 01151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0229___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1680

**3.6** Nonpriority creditor's name and mailing address
Joseph Muigai
58 Cheyenne Rd
Worcester, MA 01606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0230___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1820

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Compassionate Homecare Inc.  Case number *(if known)*_____
      Name

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.___**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 252 |
| Jedidah Muriuki | *Check all that apply.* |
| | ☐ Contingent |
| 227 18th St Apt 102 | ☑ Unliquidated |
| Dracut, MA | ☑ Disputed |
| | ☐ Liquidated and neither contingent nor disputed |
| | Basis for the claim: wages |
| Date or dates debt was incurred   2/1/16-4/1/16 | Is the claim subject to offset? |
| Last 4 digits of account number   0231 | ☑ No  ☐ Yes |

| | |
|---|---|
| **3.___**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 420 |
| John Muthama | *Check all that apply.* |
| | ☐ Contingent |
| 123 Lamon St | ☑ Unliquidated |
| Springfield, MA 01119 | ☑ Disputed |
| | Basis for the claim: wages |
| Date or dates debt was incurred   2/1/16-4/1/16 | Is the claim subject to offset? |
| Last 4 digits of account number   0232 | ☑ No  ☐ Yes |

| | |
|---|---|
| **3.___**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 1260 |
| Beth Mwangi | *Check all that apply.* |
| | ☐ Contingent |
| 18 Bodwell Ave. | ☑ Unliquidated |
| Lowell, MA 01854 | ☑ Disputed |
| | Basis for the claim: wages |
| Date or dates debt was incurred   2/1/16-4/1/16 | Is the claim subject to offset? |
| Last 4 digits of account number   0233 | ☑ No  ☐ Yes |

| | |
|---|---|
| **3.___**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 1904 |
| Annie Ngugi | *Check all that apply.* |
| | ☐ Contingent |
| 4 Kimball Court Apt 213 | ☑ Unliquidated |
| Woburn, MA 01801 | ☑ Disputed |
| | Type text here |
| | Basis for the claim: wages |
| Date or dates debt was incurred   2/1/16-4/1/16 | Is the claim subject to offset? |
| Last 4 digits of account number   0234 | ☑ No  ☐ Yes |

| | |
|---|---|
| **3.___**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ |
| | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | Basis for the claim: |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number | ☐ No  ☐ Yes |

Debtor   Compassionat Homecare, Inc.
         Name                                                    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                        **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ 1372
        James Ngugi                                          Check all that apply.
                                                             ☐ Contingent
        17 Royal Crest Drive Apt. 4                          ☑ Unliquidated
        N. Andover, MA 01845                                 ☑ Disputed

                                                             Basis for the claim: wages

        Date or dates debt was incurred   2/1/16-4/1/16      Is the claim subject to offset?
        Last 4 digits of account number   0235               ☑ No
                                                             ☐ Yes

**3.2** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ 2380
        Carol Ngunjiri                                       Check all that apply.
                                                             ☐ Contingent
        11 Lilac Lane                                        ☑ Unliquidated
        Worcester, MA 01607                                  ☑ Disputed

                                                             Basis for the claim: wages

        Date or dates debt was incurred   2/1/16-4/1/16      Is the claim subject to offset?
        Last 4 digits of account number   0236               ☑ No
                                                             ☐ Yes

**3.3** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ 616
        Rose Njenga                                          Check all that apply.
                                                             ☐ Contingent
        5 Hollman road                                       ☑ Unliquidated
        Milbury, MA 01527                                    ☐ Disputed

                                                             Basis for the claim: wages

        Date or dates debt was incurred   2/1/16-4/1/16      Is the claim subject to offset?
        Last 4 digits of account number   0237               ☑ No
                                                             ☐ Yes

**3.4** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ 2828
        Daniel W. Njogu                                      Check all that apply.
                                                             ☐ Contingent
        9 Princeton Drive                                    ☑ Unliquidated
        North Chelmsford, MA 01863                           ☑ Disputed

                                                             Basis for the claim: wages

        Date or dates debt was incurred   2/1/16-4/1/16      Is the claim subject to offset?
        Last 4 digits of account number   0238               ☑ No
                                                             ☐ Yes

**3.5** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ 2730
        Agnes Njonjo                                         Check all that apply.
                                                             ☐ Contingent
        55 Gates Avenue                                      ☑ Unliquidated
        Springfield, MA 01118                                ☑ Disputed

                                                             Basis for the claim: wages

        Date or dates debt was incurred   2/1/16-4/1/16      Is the claim subject to offset?
        Last 4 digits of account number   0239               ☑ No
                                                             ☐ Yes

**3.6** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $ 1316
        Joan Njoroge                                         Check all that apply.
                                                             ☐ Contingent
        7 Hazel Street                                       ☑ Unliquidated
        Worcester, MA 01604                                  ☑ Disputed

                                                             Basis for the claim: wages

        Date or dates debt was incurred   2/1/16-4/1/16      Is the claim subject to offset?
        Last 4 digits of account number   0240               ☑ No
                                                             ☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 40 of 53

Debtor __Compassionate Homecare Inc.__ Case number (if known) _____
      Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.___ **Nonpriority creditor's name and mailing address**
Myrlande Obas

39 Hampden St
Swampscott, MA 01907

**Date or dates debt was incurred**   2/1/16-4/1/16
**Last 4 digits of account number**   0241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1890

---

3.___ **Nonpriority creditor's name and mailing address**
Rebecca Wakulyaka

297 Proctor Avenue
Revere, MA 02145

**Date or dates debt was incurred**   2/1/16-4/1/16
**Last 4 digits of account number**   0242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 210

---

3.___ **Nonpriority creditor's name and mailing address**
Margaret Wambui

41 Spring Road
Dracut, MA 01826

**Date or dates debt was incurred**   2/1/16-4/1/16
**Last 4 digits of account number**   0243

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2100

---

3.___ **Nonpriority creditor's name and mailing address**
Veronica Wanguthi

135 Armstrong Ave.
Methuen, MA 01844

**Date or dates debt was incurred**   2/1/16-4/1/16
**Last 4 digits of account number**   0244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1652

Type text here

---

3.___ **Nonpriority creditor's name and mailing address**
Peter Waruingi

224 Pleasant Street
Lowell, MA 01852

**Date or dates debt was incurred**   2/1/16-4/1/16
**Last 4 digits of account number**   0245

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28

---

Debtor  Compassionat Homecare, Inc.
        Name

Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
**Martin Zigwati**

27 Aberdeen Rd

Springfield, MA 01109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 3052

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   0246___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
**Winifred Kabogoh**

171 East St Bld D, Apt 343

Methuen, MA 01844

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 4902

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   0247___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
**Catherine Carlstrom**

180 Salem Road

Dracut, MA 01826

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 1360

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   0248___

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
**Hector Acevedo**

80 Burt Rd

Springfield, MA 01118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 2920

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   0249___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
**Holly Aiken**

225 Meadow St

Chicopee, MA 01013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 595

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   0250___

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
**Oksana Anderson**

303 Partridge St Gardner, MA 01440

Worcester, MA 01604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 888

Date or dates debt was incurred   2/1/16-4/1/16
Last 4 digits of account number   0251___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Compassionate Homecare Inc.
Name

Case number (if known)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___  **Nonpriority creditor's name and mailing address**
Chilson Anzeze

97 Newfield Road
Springfield, MA 01119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  ___ 0252 ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 245

---

3.___  **Nonpriority creditor's name and mailing address**
Marie Brazile

P.O. Box 413 South Lancaster, MA 01561
Revere, MA 02145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0253 ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1771

---

3.___  **Nonpriority creditor's name and mailing address**
Jennifer Campbell

54 Church Street
Milton, MA 02186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  ___ 0254 ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1050

---

3.___  **Nonpriority creditor's name and mailing address**
Theodora Chitemere

132 Tiffany Street
Springfield, MA 01108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  0255 ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 3420

---

3.___  **Nonpriority creditor's name and mailing address**
Katrina Flamand

285 Marcy St
Southbridge, MA 01550

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred  2/1/16-4/1/16
Last 4 digits of account number  ___ 0256 ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 40

---

Debtor    Compassionat Homecare, Inc.
     Name

Case number *(if known)*_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                     **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Joycephine Gituku

15 Corthell Rd

Billerica, MA 01821

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: wages

$ 1260

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0257___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Francis Kangara

171 East St Bld D, Apt 3433 Derry Way Apt 17,
Derry, NH 03038

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: wages

$ 525

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0258___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Kenneth Kimani

111Hawks Circle

Westfield, MA 01085

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: wages

$ 1435

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0259___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Mary Macharia

P.O. Box 4436 Springfield, MA 01101
Springfield, MA 01118

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: wages

$ 1190

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0260

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Mary Maina

135 Armstrong Ave.

Methuen, MA 01844

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: wages

$ 2205

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0261___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Symmon Maina

488 Prospect Street

Methuen, MA 01844

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: wages

$ 2310

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0262___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  Compassionate Homecare Inc.
_____ Name                                                          Case number (if known) _____

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| | | |
|---|---|---|
| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 70 |
| | Ruth Mburu | Check all that apply. |
| | | ☐ Contingent |
| | 3 John Ave. | ☑ Unliquidated |
| | Holbrook, MA 02343 | ☑ Disputed |
| | | ☐ Liquidated and neither contingent nor disputed |
| | | **Basis for the claim:** wages |
| | Date or dates debt was incurred  2/1/16-4/1/16 | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0263 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 85 |
| | Catherine Nyanjui | Check all that apply. |
| | | ☐ Contingent |
| | 41 Parkhurst Road | ☑ Unliquidated |
| | Chelmsford, MA 01824 | ☑ Disputed |
| | | **Basis for the claim:** wages |
| | Date or dates debt was incurred  2/1/16-4/1/16 | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0264 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2975 |
| | Randy Obas | Check all that apply. |
| | | ☐ Contingent |
| | 89 Stoughton St. | ☑ Unliquidated |
| | Stoughton, MA 02072 | ☑ Disputed |
| | | **Basis for the claim:** wages |
| | Date or dates debt was incurred  2/1/16-4/1/16 | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0265 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 152 |
| | Ruth Ongaro | Check all that apply. |
| | | ☐ Contingent |
| | 35 New Ludlow Rd | ☑ Unliquidated |
| | Chicopee, MA 01075 | ☑ Disputed |
| | | **Basis for the claim:** wages |
| | Date or dates debt was incurred  2/1/16-4/1/16 | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0266 | ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.__ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 808.50 |
| | Paul Pricop | Check all that apply. |
| | | ☐ Contingent |
| | 409 Middlesex Avenue | ☑ Unliquidated |
| | Wilmington, MA 01887 | ☑ Disputed |
| | | **Basis for the claim:** wages |
| | Date or dates debt was incurred  2/1/16-4/1/16 | **Is the claim subject to offset?** |
| | Last 4 digits of account number  0267 | ☑ No  ☐ Yes |

Debtor    Compassionat Homecare, Inc.
Name                                                    Case number (if known)_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Jazmin Valianti

106 Glen Ave

Upton, MA 01568

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 912

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0268____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Emmah Wanjiru

418 Meadow Ave. Unit A

Agawam, MA 01119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 1116

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0269____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Eunice Waweru

54 Bissell Ave

Springfield, MA 01119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 6975

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    270____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Jose Guzman, Jr

91 Summer Street

Lawrence, MA  01840

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 56

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    ___0271___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Yannirys Abreu

27 Kingston Street

N. Andover, MA 01845

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 224

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0272____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Edwin Abreu

27 Kingston Street

N Andover, MA 01845

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 392

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    273___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Compassionate Homecare Inc    Case number (if known) _____
          Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.__** Nonpriority creditor's name and mailing address

Miguelina Abreu

65 Jamaica St

Lawrence, MA  01841

As of the petition filing date, the claim is:  $ 392
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0274

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

Rosa Acevedo

53 Swan Street   Apt 3

Lawrence, MA  01841

As of the petition filing date, the claim is:  $ 392
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0275

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

Leonel Acevedo

70 Brook Street

Lawrence, MA  01841

As of the petition filing date, the claim is:  $ 1260
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0276

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

Maribel Alba

103 Ferry Street

Lawrence, MA  01841

As of the petition filing date, the claim is:  $ 910
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Type text here

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0277

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

Carline Alfred

125 Homestead St Apt. 6

Dorchester, MA 02121

As of the petition filing date, the claim is:  $ 511
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0278

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Compassionat Homecare, Inc.
Name _____    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Trinidad Almonte

85 Howard St
Lawrence, MA 01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 2016

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    279 _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Rangelys Alvarez

89 Railroad St
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 1658

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0280 _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Aracelis Andino

133 East Haverill St Apt. 1
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 420

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    281 _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Ruben Andujar

39 Groton Street
Lawrence, MA  01843

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 504

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0282 _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Wilson Aquino

46 Bennington Street
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 336

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0283 _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Gregoria Arias

678 Essex Street
Lawrence, MA  01841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: wages

$ 392

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    284 _ _

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____
      Name

Compassionate Homecare Inc.

Case number *(if known)* _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ **Nonpriority creditor's name and mailing address**

Mayra Arias De Marte

48 Marston St

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** wages

$ 1658

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    285

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Natividad  Aybar

210 Chandler St Apt 3

Worcester, MA 01609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

$ 168

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0286

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Elvia Batista

478 Riverside Dr

Lawrence, MA  01841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

$ 196

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0287

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Jatnna Bautista

4 Wentworth St

Worcester, MA 01603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

$ 126

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0288

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Beatrice Mbugua

60 Pendleton Ave

Springfield, MA 01129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** wages

$ 1512

Date or dates debt was incurred    2/1/16-4/1/16

Last 4 digits of account number    0289

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Compassionate Homecare Document**
    Name                             Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                           **Amount of claim**

---

**3.___ Nonpriority creditor's name and mailing address**

Edith Eghbalighahyazi

225 Cliff St Extension

Norwich, CT 06360

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    290

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 2080

---

**3.___ Nonpriority creditor's name and mailing address**

Wilberto Rodriguez

225 Cliff St Extension

Norwich, CT 06360

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0291

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 52000

---

**3.___ Nonpriority creditor's name and mailing address**

Lucas Hill

83 Bennington St

Salem, NH

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** wages

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0292

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 10000

---

**3.___ Nonpriority creditor's name and mailing address**

Nelion Revocable Trust

10 Valley View Drive

N. Grafton, MA 01536

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type text here

**Basis for the claim:** money loaned

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0293

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 106498

---

**3.___ Nonpriority creditor's name and mailing address**

Advanced Billing Technology

655 Boston Road, Suite 4B

Billerica, MA 01821

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** comission earned

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0294

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 1,149000

---

Debtor    Compassionate Homecare Inc
           Name                                                              Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.__** Nonpriority creditor's name and mailing address

Compassionate Healthcare Systems,LLC

1275 Elm Street   Suite D
West Springfield, MA 01089

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    295

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 778500

---

**3.__** Nonpriority creditor's name and mailing address

Helen Kiago

37 Highland Street
Worcester, MA 01609

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0296

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 100000

---

**3.__** Nonpriority creditor's name and mailing address

Wanjiku Kagai

25 Emmett Way
Lowell, MA 01851

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0297

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 100000

---

**3.__** Nonpriority creditor's name and mailing address

Francis Ngigi

35 Robbins Ave    Unit 71
Dracut, MA 01851

Date or dates debt was incurred    2/1/16-4/1/16
Last 4 digits of account number    0298

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type text here

Basis for the claim: money loaned

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 700000

---

**3.__** Nonpriority creditor's name and mailing address

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$

---

Debtor   Compassionate Homecare Inc.
              Name                                              Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.___** Nonpriority creditor's name and mailing address

**Commonwealth of Massachusetts**

**c/o Office of Attorney General**

1 Ashburton Place Boston, MA

Date or dates debt was incurred   **2013-4/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor
  disputed

Basis for the claim:   **regulations & contract**

Is the claim subject to offset?
☐ No
☑ Yes

$ **34,000,000**

---

**3.___** Nonpriority creditor's name and mailing address

**MassHealth**

**c/o Office of Attorney General**

1 Ashburton Place Boston, MA

Date or dates debt was incurred   **2013-4/2016**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **regulations & contract**

Is the claim subject to offset?
☐ No
☑ Yes

$ **505,000**

---

**3.___** Nonpriority creditor's name and mailing address

**Department of Revenue, Com of MA**

**P.O. Box 7000**

Boston, MA 02204

Date or dates debt was incurred   **1/1/16-4/30/16**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **tax lien**

Is the claim subject to offset?
☑ No
☐ Yes

$ **698,699.51**

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Debtor  Compassionate Homecare Inc.
        Name

Case number (if known) _____

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** Nonpriority creditor's name and mailing address

Commonwealth of Massachusetts

c/o Office of Attorney General

1 Ashburton Place Boston, MA

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  regulations & contract

$ 34,000,000

Date or dates debt was incurred  2013-4/2016

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.___** Nonpriority creditor's name and mailing address

MassHealth

c/o Office of Attorney General

1 Ashburton Place Boston, MA

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  regulations & contract

$ 505,000

Date or dates debt was incurred  2013-4/2016

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.___** Nonpriority creditor's name and mailing address

Department of Revenue, Com of MA

P.O. Box 7000

Boston, MA 02204

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  tax lien

$ 698,699.51

Date or dates debt was incurred  1/1/16-4/30/16

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes