**Fill in this information to identify the case:**

Debtor name _____ Compassionate Homecare, Inc. _____

United States Bankruptcy Court for the: _____ District of __MA__

                                                 (State)

Case number (If known): _____

❑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................     $ 0

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................     $ 7178000

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................     $ 7178000

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................     $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................     $ 488,024.71

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................     + $ 38056180.30

4. **Total liabilities**..............................................................................................................     $ 38544205.01
    Lines 2 + 3a + 3b