**Fill in this information to identify the case:**

Debtor name: Compassionate Homecare, Inc.

United States Bankruptcy Court for the: _____ District of MA (State)

Case number (If known): 20-40527

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Advanced Billing Technology 655 Boston Road Suite 4B Billerica, MA 01821 | Cynthia Thiongo, Manager ABT- 655 Boston Rd Suite 4B Billerica, MA 01821 cthiongo@advancedbillingtechnology.com | Fees owed for services | unliquidated | | | $1,149,000 |
| 2 | Francis Ngige 35 Robbins Ave. Unit 71 Dracut, MA 01826 | Francis Ngige 35 Robbins Ave Unit 71 Dracut, MA 01826 fngigi@yahoo.com tel: 978-551-7814 | loan | unliquidated | | | $700,000 |
| 3 | Wanjiku Kagai 25 Emmett Way Lowell, MA 01851 | Wanjiku Kagai 25 Emmet Way Lowell, MA 01852 tel & email unknown | loan | unliquidated | | | $200,000 |
| 4 | Nelion Rev. Trust 10 Valley View Dr. N. Grafton, MA 01536 | Nelion Rev. Trust 10 Valley View Dr. N. Grafton, MA 01536 tel & email unknown | loan | unliquidated | | | $106,498 |
| 5 | Helen Kiago 37 Highland Avenue Worcester, MA | Helen Kiago 37 Highland Avenue Worcester, MA h_kiago@hotmail.com tel: 508-873-1763 | loan | unliquidated | | | $100,000 |
| 6 | Wilberto Rodriguez 225 Cliff St Extension Norwich, CT 06360 | Wilberto Rodriguez 225 Cliff St Extension Norwich, CT 06360 rodriguez.w.jr@gmail.com Tel:unknown | loan | unliquidated | | | $52,000 |
| 7 | Isaac Muchiri 25 Beech Street Lowell, MA 01850 | Isac Muchiri 25 Beech St Lowell, MA 01850 Tel & email: unknown | wages | unliquidated | | | $11,680 |
| 8 | Lucas Hill 83 Bennington Rd Salem, NH 03073 | Lucas Hill 83 Bennington Rd Salem, NH 03073 lucashill97@gmail.com lucashill97@gmail.com tel unknown | wages | unliquidated | | | $10,000 |

Debtor  Compassionate Homecare, Inc.    Case number (if known) 20-40527
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Eunice Waweru 54 Bissell Ave. Springfield, MA 01119 | Eunice Waweru 54 Bissell Ave. Springfield, MA 01119 Tel & email unknown | wages | unliquidated | | | $6,975 |
| 10 | Naomi Maina 28 Arrowsic St. Worcester, MA 01606 | Naomi Maina 28 Arrowsic St. Worcester, MA 01606 tel & email unknown | wages | unliquidated | | | $5,635 |
| 11 | Winifred Kabogoh 171 East Street Build-D, A-343 Methuen, MA 01844 | Winifred Kabogoh 171 East Street Build-D, A-343 Methuen, MA 01844 tel & email - unknown | wages | unliquidated | | | $4,902 |
| 12 | Anne Kihungi 80 Progressive St. Worcester, MA 01604 | Anne Kihungi 80 Progressive St. Worcester, MA 01604 tel and email- unknown | wages | unliquidated | | | $4,564 |
| 13 | Theodora Chitemere 132 Tiffany Street Springfield, MA 01108 | Theodora Chitemere 132 Tiffany Street Springfield, MA 01108 tel and email- unknown | wages | unliquidated | | | $3,420 |
| 14 | Joyce Kinyanjui 1895 Middlesex St Apt 6 Lowell, MA 01851 | Joyce Kinyanjui 1895 Middlesex St Apt 6 Lowell, MA 01851 tel and email- unknown | wages | unliquidated | | | $3,136 |
| 15 | Martin Zigwati 27 Aberdeen Rd Springfield, MA 01109 | Martin Zigwati 27 Aberdeen Rd Springfield, MA 01109 tel and email- unknown | wages | unliquidated | | | $3,052 |
| 16 | Randy Obas 89 Stoughton Street Stoughton, MA 02072 | Randy Obas 89 Stoughton Street Stoughton, MA 02072 tel and email- unknown | wages | unliquidated | | | $2,975 |
| 17 | Edwin Carrrasquillo P.O. Box 2399 Worcester, MA 01613 | Edwin Carrrasquillo P.O. Box 2399 Worcester, MA 01613 tel & email unknown | wages | unliquidated | | | $2,940 |
| 18 | Hector Acevedo 80 Burt Road Springfield, MA 01118 | Hector Acevedo 80 Burt Road Springfield, MA 01118 tel and email- unknown | wages | unliquidated | | | $2920 |
| 19 | Daniel W. Njogu 9 Princeton Dr. N. Chelmsford, MA 01863 | Daniel W. Njogu 9 Princeton Dr. N. Chelmsford, MA 01863 tel & email unknown | wages | unliquidated | | | $2,828 |
| 20 | Agnes Njonjo 55 Gates Ave. Springfield, MA 01118 | Agnes Njonjo 55 Gates Ave. Springfield, MA 01118 tel & email unknown | wages | unliquidated | | | $2,730 |